# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 13, 2015

_____

## DOCKET CORRECTION NOTICE

_____

No.    15-1393,          Cumberland County Hospital v. Sylvia Burwell
                         5:14-cv-00508-BR

TO:    Kathryn Frances Taylor

FILING CORRECTION DUE:  July 13, 2015

Please make the correction identified below and file a corrected document by the date indicated.

[X] Brief is not text-searchable. Please refile brief as a text-searchable PDF.

Michael Radday, Deputy Clerk
804-916-2702